# U.S. District Court
# District of Vermont (Brattleboro)
# CRIMINAL DOCKET FOR CASE #: 1:94-cr-00078-jgm-1

**Case title:** USA v. Nunez
**Other court case number(s):** 1:94-mj-00157 R.I. INTERIN **Date Filed:** 10/06/94
**Magistrate judge case number(s):** 5:94-mj-00037

---

**Assigned to:** Hon. J. Garvan Murtha
**Referred to:**

**Defendant(s)**
-----------------------

**Aquiles Nunez** (1)
*TERMINATED: 07/31/1995*

represented by

**David A. Cooper**
Cooper & Sanchez
127 Dorrance Street
Providence, RI 02903
(401)273-1880
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**J Fred Carbine, Jr**
Carbine & Pressly
P.O. Box 933
Rutland, VT 05702-0933
(802)775-2923
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Richard Lawlor Cooper**
303 Woodbury Road
Springfield, VT 05156-8883
(802)885-3807
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Thomas James Pressly, II**
Carbine & Pressly
P.O. Box 933
Rutland, VT 05702-0933
(802)775-2923
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

I hereby attest and certify on April 18, 2007, that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
RICHARD PAUL WASKO
Clerk, U.S. District Court
District of Vermont
BY: Lisa Wright
Deputy Clerk

***aka***

**Kilo** (1)

| **Pending Counts** | **Notes** |
| --- | --- |
| None | |

| **Sentenced Counts** | **Disposition** |
| --- | --- |
| 21:846=CD.F CONTROLLED SUB-SELL,DISTRIBUTE,OR DISPEN (1sss) | 121 months imprisonment on each count to run concurrently, 5 years Supervised Release. Fine waived. Special Assessment of $250.00 |
| 21:841B=CD.F CONTROLLED SUB-SELL,DISTRIBUTE,OR DISPEN (2sss-5sss) | 121 months imprisonment on each count to run concurrently, 5 years Supervised Release. Fine waived. Special Assessment of $250.00 |
| 21:846=CD.F CONTROLLED SUB-SELL,DISTRIBUTE,OR DISPEN and 21:853 Forfeiture (6sss-7sss) | Dismissed on Motion of Govt |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 21:846=CD.F CONTROLLED SUB-SELL,DISTRIBUTE,OR DISPEN ; 18:2 Possession with intent to distribute cocaine (1) | Dismissed on Motion of Govt |
| 21:846=CD.F CONTROLLED SUB-SELL,DISTRIBUTE,OR DISPEN (1s) | Dismissed on Motion of Govt |
| 21:846 CONTROLLED SUB-SELL,DISTRIBUTE,OR DISPEN - knowingly and intentionally possess with the intent to distribute cocaine, and knowingly and intentionally distribute | Dismissed on Motion of Govt |

| | |
|---|---|
| cocaine<br>(1ss) | |
| 21:841A=CD.F CONTROLLED SUB-SELL,DISTRIBUTE,OR DISPEN<br>(2s) | Dismissed on Motion of Govt |
| 18:2; 21:841(a)(1) CONTROLLED SUB-SELL,DISTRIBUTE,OR DISPEN - knowingly and intentionally distribute cocaine<br>(2ss) | Dismissed on Motion of Govt |
| 21:841A=CD.F CONTROLLED SUB-SELL,DISTRIBUTE,OR DISPEN<br>(3s-5s) | Dismissed on Motion of Govt |
| 18:2; 21:841(a)(1) CONTROLLED SUB-SELL,DISTRIBUTE,OR DISPEN - knowingly and intentionally distribute a quantity of cocaine<br>(3ss-5ss) | Dismissed on Motion of Govt |
| 21:846 and 853 CONTROLLED SUB-SELL,DISTRIBUTE,OR DISPEN - property is subject to forfeiture pursuant to 21:853<br>(6ss) | Dismissed on Motion of Govt |
| 21:846 and 853 CONTROLLED SUB-SELL,DISTRIBUTE,OR DISPEN - knowingly and intentionally possess with the intent to distribute cocaine, and knowingly and intentionally distribute cocaine; property shall be forfeited to USA<br>(7ss) | Dismissed on Motion of Govt |

**Highest Offense Level (Terminated)**

Felony

**Complaints**

21:846 Distribution of Cocaine [ 5:94-m -37 ],21:846 Distribution of Cocaine [ 5:94-m -37 ]

**Plaintiff**

-------------------

**United States of America** represented by **John M. Conroy**
Office of the United States Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Fax : (802) 951-6540
Email: john.conroy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | Num# | Docket Text |
|---|---|---|
| 09/29/1994 | 1 | COMPLAINT against Aquiles Nunez, Manuel Gonzalez by USA John M. Conroy [ 5:94-m -37 ] (wjf) [Entry Date 12/09/1994] |
| 09/29/1994 | | ARREST WARRANT ISSUED for Aquiles Nunez, Manuel Gonzalez by Magistrate Judge Jerome J. Niedermeier [ 5:94-m -37 ] (wjf) [Entry Date 12/09/1994] |
| 09/29/1994 | 2 | MOTION to Seal by USA as to Aquiles Nunez, Manuel Gonzalez [ 5:94-m -37 ] (wjf) [Entry Date 12/09/1994] |
| 10/03/1994 | 4 | AMENDED COMPLAINT against Aquiles Nunez, Manuel Gonzalez by USA [ 5:94-m -37 ] (wjf) [Entry Date 12/09/1994] |
| 10/06/1994 | | NOTICE of the Grand Jurors Concurring - Burlington by USA (wjf) [Entry Date 12/09/1994] |
| 10/06/1994 | 5 | INDICTMENT by USA Counts filed against Aquiles Nunez (1) count(s) 1, Manuel Gonzalez (2) count(s) 1 (wjf) [Entry Date 12/09/1994] |
| 10/17/1994 | 10 | APPEARANCE BOND Posted ( $100,000/50%) by Aquiles Nunez (wjf) [Entry Date 12/09/1994] |
| 10/17/1994 | 8 | ORDER SETTING CONDITIONS OF RELEASE for Aquiles Nunez by Judge Franklin S. Billings Jr. - maintain employment, travel restricted to VT and RI, avoid contact w/Gonzales, contact PTS as directed, refrain from excessive alcohol, appearance bond in the amount of $100,000 50% down, agreement to forfeit property, 18-20 Elma St., Providence, RI, Plat no. 53, lot 670, notice of lein, surrender any passport, obtain no passport, submit to urinalysis as directed by USPO. (wjf) [Entry Date 12/09/1994] |
| 10/17/1994 | | MINUTES: before Judge Franklin S. Billings Jr. dft Aquiles Nunez, Manuel Gonzalez arraigned; Not Guilty plea entered; Attorney Shattuck, |

| | | |
|---|---|---|
| | | Carbine, Cooper, Lutes present; , ; pretrial motions due 11/21/94 for Aquiles Nunez, for Manuel Gonzalez ; jury trial set for 12/19/94 for Aquiles Nunez, for Manuel Gonzalez Court Reporter: Currie. Jose Garcia, sworn as Interpreter. Oral Motion to Admit Mr. Cooper and Mr. Lutes Pro Hac Vice by Carbine. Ordered: Motion Granted. Bail continued as previously set in R. I. for Deft Nunez. Bail Denied for Gonzalez. (wjf) Modified on 12/09/1994 |
| 10/17/1994 | 6 | RULE 40 Documents received from District of Rhode Island as to Aquiles Nunez, Manuel Gonzalez (wjf) [Entry Date 12/09/1994] |
| 10/17/1994 | 9 | Agreement to Forfeit Property by Aquiles Nunez (wjf) [Entry Date 12/09/1994] |
| 11/07/1994 | 15 | ARREST WARRANT RETURNED EXECUTED as to defendant Aquiles Nunez ; defendant arrested on 9/30/94 (wjf) [Entry Date 12/09/1994] |
| 11/22/1994 | 20 | MEMORANDUM by Aquiles Nunez in support of [19-1] motion to extend for discovery (wjf) [Entry Date 12/09/1994] |
| 11/22/1994 | 19 | MOTION to extend for discovery by Aquiles Nunez (wjf) [Entry Date 12/09/1994] |
| 11/22/1994 | 21 | MOTION to produce evidence favorable to the accused by Aquiles Nunez (wjf) [Entry Date 12/09/1994] |
| 11/22/1994 | 18 | MOTION to suppress Evidence by Aquiles Nunez (wjf) [Entry Date 12/09/1994] |
| 11/22/1994 | 17 | MOTION to suppress statements by Aquiles Nunez (wjf) [Entry Date 12/09/1994] |
| 11/23/1994 | 25 | MEMORANDUM by Aquiles Nunez in support of [24-1] motion to sever (wjf) [Entry Date 12/09/1994] |
| 11/23/1994 | 24 | MOTION to sever by Aquiles Nunez (wjf) [Entry Date 12/09/1994] |
| 11/23/1994 | 23 | MEMORANDUM by Aquiles Nunez in support of [21-1] motion to produce evidence favorable to the accused (wjf) [Entry Date 12/09/1994] |
| 11/23/1994 | 22 | MEMORANDUM by Aquiles Nunez in support of [17-1] motion to suppress statements (wjf) [Entry Date 12/09/1994] |
| 11/28/1994 | 27 | ORDER by Judge Franklin S. Billings Jr. granting [26-1] motion to extend time to file pretrial motions ; pretrial motions due 12/12/94 for |

| | | |
|---|---|---|
| | | Aquiles Nunez, for Manuel Gonzalez , excludable ends of justice , time excluded from 11/28/94 to 12/12/94 (cc: all counsel) (wjf) [Entry Date 12/09/1994] |
| 11/29/1994 | 28 | ORDER by Judge Franklin S. Billings Jr. granting [19-1] motion to extend for discovery ; pretrial motions due 12/30/94 for Aquiles Nunez, for Manuel Gonzalez , excludable ends of justice , time excluded from 11/29/94 to 12/30/94 (cc: all counsel) (wjf) [Entry Date 12/09/1994] |
| 12/09/1994 | 29 | RESPONSE by USA to [24-1] motion to sever, [21-1] motion to produce evidence favorable to the accused, [18-1] motion to suppress Evidence, [17-1] motion to suppress statements (wjf) [Entry Date 12/12/1994] |
| 12/13/1994 | 30 | NOTICE OF HEARING ; motion hearing set for 2:00 12/19/94 for Aquiles Nunez, for USA [24-1] motion to sever, ; motion hearing set for 2:00 12/19/94 for Aquiles Nunez, for USA [21-1] motion to produce evidence favorable to the accused, ; motion hearing set for 2:00 12/19/94 for Aquiles Nunez, for USA [18-1] motion to suppress Evidence, ; motion hearing set for 2:00 12/19/94 for Aquiles Nunez, for USA [17-1] motion to suppress statements (amn) [Entry Date 12/13/1994] |
| 12/15/1994 | 32 | ORDER by Judge Franklin S. Billings Jr. granting [31-1] motion to extend time in which to file pre-trial motions ; pretrial motions due 12/30/94 for Aquiles Nunez, for Manuel Gonzalez (cc: all counsel) (wjf) [Entry Date 12/15/1994] |
| 12/20/1994 | | MINUTES: before Judge Franklin S. Billings Jr. J. Conroy, AUSA, for the Govt. D. Cooper and T. Pressly, Esqs., with Deft. Currie, Reporter. HEARING ON DEFT'S MOTION FOR PRODUCTION OF EVIDENCE FAVORABLE TO THE ACUSES. Statements made by Mr. Cooper and Mr. Conroy. ORDERED: Motion is moot and is denied. HEARING ON DEFT'S MOTION TO SEVER. Statement made by Mr. Cooper and Mr. Conroy. ORDERED: Motion denied. HEARING ON DEFT'S MOTION TO SUPPRESS (P#17). Statements made by Mr. Conroy and Mr. Cooper. The following witnesses, sworn by the Clerk, were examined for the Govt: Richard M. Carter, Roger M. Marcoux and Thomas L. Doud. Govt rests. Deft rests. Under advisement. Statements made by Mr. Conroy and Mr. Cooper. (cab) [Entry Date 12/20/1994] |
| 12/20/1994 | | MINUTES: before Judge Franklin S. Billings Jr. taking under advisement on 1/19/95 [17-1] motion to suppress statements (cab) [Entry Date 12/20/1994] |
| 12/20/1994 | | MINUTES: before Judge Franklin S. Billings Jr. denying motion to sever [24-1] (cab) [Entry Date 12/20/1994] |
| 12/20/1994 | | MINUTES: before Judge Franklin S. Billings Jr. finding the motion to produce evidence favorable to the accused [21-1] moot (cab) [Entry Date |

| | | |
|---|---|---|
| | | 12/20/1994] |
| 01/17/1995 | 47 | ORDER denying motion to suppress statements [17-1] ( Judge Franklin S. Billings Jr. ) Cy to parties (cab) [Entry Date 01/17/1995] |
| 01/19/1995 | 48 | MEMORANDUM by plaintiff USA in opposition to [44-1] motion for disclosure of identity of informants, [42-1] motion preserve all notes, writings, and other investigatory material, [40-1] motion for disclosure of existence of promises, inducements, rewards, leniencies or preferential treatment, [38-1] motion for a bill of particulars, [36-1] motion to change venue, [34-1] motion to sever (cab) [Entry Date 01/20/1995] |
| 01/20/1995 | 49 | NOTICE, motion(s) hearing set 1:30 1/31/95 as to: Aquiles Nunez, re: (18-1); Manuel Gonzalez, re: (44-1), (42-1), (40-1), (38-1), (36-1), (34-1) before Judge Franklin S. Billings Jr. (amn) [Entry Date 01/20/1995] |
| 01/24/1995 | 50 | RESPONSE by USA to [18-1] motion to suppress Evidence (wjf) [Entry Date 01/25/1995] |
| 01/26/1995 | 51 | SUPERSEDING INDICTMENT by USA; counts filed against Aquiles Nunez (1) count(s) 1s, 2s, 3s-5s, Manuel Gonzalez (2) count(s) 1s, 2s (cab) [Entry Date 01/27/1995] |
| 01/27/1995 | 55 | AFFIDAVIT of Delba Nunez by Aquiles Nunez [52-1] motion to suppress evidence (cab) [Entry Date 01/27/1995] |
| 01/27/1995 | 54 | AFFIDAVIT of Aquiles Nunez by Aquiles Nunez [52-1] motion to suppress evidence (cab) [Entry Date 01/27/1995] |
| 01/27/1995 | 53 | MEMORANDUM by Aquiles Nunez in support of [52-1] motion to suppress evidence (cab) [Entry Date 01/27/1995] |
| 01/27/1995 | 52 | AMENDED MOTION to suppress evidence by Aquiles Nunez (cab) [Entry Date 01/27/1995] |
| 01/30/1995 | 56 | RESPONSE by USA to [52-1] motion to suppress evidence (wjf) [Entry Date 01/30/1995] |
| 01/31/1995 | | MINUTES: before Judge Franklin S. Billings Jr. HEARING ON DEFT'S MOTION TO CHANGE VENUE (p#36). Statements made by Mr. Lutes and Mr. Conroy. ORDERED: Motion denied. HEARING ON DEFT'S MOTION TO SEVER (P#34). Statements made by Mr. Lutes and Mr. Conroy. ORDERED: Motion denied. HEARING ON DEFT'S MOTION FOR BILL OF PARTICULARS. Statements made by Mr. Lutes. ORDERED: Motion withdrawn. HEARING ON DEFT'S MOTION FOR DISCLOSURE OF EXISTENCE OF PROMISES (P#40). Mr. Lutes withdrew motion. HEARING ON DEFTS' MOTION TO PRESERVE |

| | | |
|---|---|---|
| | | ALL NOTES, ETC. (P#42). Statements made by Mr. Lutes and Mr. Conroy. ORDERED: Motion moot. HEARING ON DEFT'S MOTION FOR DISCLOSURE OF IDENTITY OF INFORMANTS (P#44). Statements made by Mr. Lutes and Mr. Conroy. ORDERED; Motion moot. HEARING ON DEFT'S MOTION (request for notice) OF INTENTION TO USE EVIDENCE (P#46). Statements made by Mr. Lutes and Mr. Conroy. ORDERED: #1-passed, #2-withdrawn, #3-withdrawn, #4-moot, #5-passed/moot, #6-passed/moot, #7-moot. (cab) [Entry Date 01/31/1995] |
| 01/31/1995 | | MINUTES: before Judge Franklin S. Billings Jr. ARRAIGNMENT ON SUPERSEDING INDICTMENT. Manuel Gonzales, sworn by the Clerk, was examined by the Court. Deft waived reading of the Superseding Indictment, was arraigned and pled not guilty as to cts 1 and 2 of Super. Ind. ORDERED: Motions (ct 2) to be filed within 10 days. (cab) [Entry Date 01/31/1995] |
| 01/31/1995 | | MINUTES: before Judge Franklin S. Billings Jr. J. Conroy, AUSA, for the Govt. J.F.Carbine and D. Cooper, Esqs., with deft Nunez. S. Lutes and B. Boudreau, Esqs., with deft Gonzales. Jose Garcia sworn as Interpreter. Currie, Reporter. ARRAIGNMENT ON SUPERSEDING INDICTMENT. Aquiles Nunez, sworn by the Clerk, was examined by the Court. Deft waived reading of the Super. Ind., was arraigned and pled not guilty as to cts 1,2,3,4,5 of Super. Ind. Statements made by Mr. Cooper and Mr. Conroy. ORDERED; Motions (re: cts 2-5) to be filed by 2/24/95. Tentative trial date of 3/27/95. Statements made by Mr. Cooper. ORDERED: Motion to suppress (P#52) under advisement. (cab) [Entry Date 01/31/1995] |
| 01/31/1995 | | MINUTES: before Judge Franklin S. Billings Jr. taking under advisement on 3/2/95 finding the motion for disclosure of identity of informants [44-1] moot, finding the motion preserve all notes, writings, and other investigatory material [42-1] moot, withdrawing motion for disclosure of existence of promises, inducements, rewards, leniencies or preferential treatment [40-1], withdrawing motion for a bill of particulars [38-1], denying motion to change venue [36-1], denying motion to sever [34-1] (cab) [Entry Date 01/31/1995] |
| 01/31/1995 | | ORDERED: Nunez's motions (re: Cts 2-5) to be filed by 2/24/95. Tentative trial date 3/27/95. Gonzales' motions (ct 2) to be filed within 10 days. (cab) [Entry Date 01/31/1995] |
| 01/31/1995 | | MINUTES: before Judge Franklin S. Billings Jr. dft Aquiles Nunez arraigned Superseding Indictment; not guilty 1-5 plea entered; Attorney Richard Lawlor Cooper present; , dft Manuel Gonzalez arraigned Superseding Indictment ; not guilty 1 and 2 plea entered; Attorney Bernard Joseph Boudreau present; (cab) [Entry Date 01/31/1995] |

| | | |
|---|---|---|
| 02/01/1995 | 59 | EX PARTE MOTION to Compel by USA (cab) [Entry Date 02/02/1995] |
| 02/01/1995 | 58 | MOTION to exclude time for speedy trial calculation by USA as to Aquiles Nunez, Manuel Gonzalez (wjf) [Entry Date 02/01/1995] |
| 02/02/1995 | | P#59-60 sealed. (cab) [Entry Date 02/02/1995] |
| 02/02/1995 | 60 | ORDER by Judge Franklin S. Billings Jr. granting [59-1] motion to Compel (cc: all counsel) (cab) [Entry Date 02/02/1995] |
| 02/03/1995 | 61 | ORDER by Judge Franklin S. Billings Jr. granting [58-1] motion to exclude time for speedy trial calculation, finding the motion to suppress evidence [52-1] moot, finding the motion to suppress Evidence [18-1] moot excludable Ends of Justice , time excluded from 2/3/95 to 3/8/95 for Count 1 of the Superseding Indictment only (cc: all counsel) (wjf) Modified on 02/03/1995 |
| 02/08/1995 | 63 | MEMORANDUM by Aquiles Nunez in support of [62-1] motion to vacate order dated 2/3/95 re: Govt's Motion for Speedy Trial Exclusion (wjf) [Entry Date 02/08/1995] |
| 02/08/1995 | 62 | MOTION to vacate order dated 2/3/95 re: Govt's Motion for Speedy Trial Exclusion by Aquiles Nunez (wjf) [Entry Date 02/08/1995] |
| 02/09/1995 | 64 | ORDER granting [62-1] motion to vacate order dated 2/3/95 re: Govt's Motion for Speedy Trial Exclusion ( Judge Franklin S. Billings Jr. ) Cy to parties (cab) [Entry Date 02/09/1995] |
| 02/24/1995 | 68 | MEMORANDUM by Aquiles Nunez in support of [65-1] memorandum (cab) [Entry Date 02/24/1995] |
| 02/24/1995 | 67 | MEMORANDUM by Aquiles Nunez in support of [66-1] motion to Extend Time for additional discovery (cab) [Entry Date 02/24/1995] |
| 02/24/1995 | 66 | MOTION to Extend Time for additional discovery by Aquiles Nunez (cab) [Entry Date 02/24/1995] |
| 02/24/1995 | 65 | MEMORANDUM by Aquiles Nunez in opposition to [58-1] motion to exclude time for speedy trial calculation (cab) [Entry Date 02/24/1995] |
| 03/02/1995 | | This case is scheduled for Trial by Jury on 3/14/95 at 1:30 pm on Count 1 ONLY. The excludable time outstanding is for counts 2-5 and if no motions are filed will be scheduled for trial by jury the first calendar in April. (cab) [Entry Date 03/02/1995] |
| 03/02/1995 | 69 | ORDER by Judge Franklin S. Billings Jr. granting [66-1] motion to |

| | | |
|---|---|---|
| | | Extend Time for additional discovery, Deft's motion to vacate denied and granting [58-1] motion to exclude time for speedy trial calculation (cc: all counsel) (cab) [Entry Date 03/02/1995] |
| 03/08/1995 | 70 | MOTION for speedy trial exclusion and for continuance of trial of count 1 of the superseding indictment by USA as to Aquiles Nunez, Manuel Gonzalez (cab) [Entry Date 03/08/1995] |
| 03/09/1995 | 71 | SUPERSEDING INDICTMENT by USA; counts filed against Aquiles Nunez (1) count(s) 1ss, 2ss, 3ss-5ss, 6ss, 7ss and Manuel Gonzalez (2) count(s) 1ss, 2ss (law) [Entry Date 03/10/1995] |
| 03/09/1995 | | RECORD of grand jurors concurring (law) [Entry Date 03/10/1995] |
| 03/10/1995 | | Law Clerk received telephonic communication from Mr. Cooper that had failed to file a motion to continue the trial scheduled for 3/14/95 due to death of his mother. (cab) [Entry Date 03/10/1995] |
| 03/13/1995 | 76 | ORDER by Judge Franklin S. Billings Jr. granting [73-1] motion to continue jury drawing and trial to next jury calendar. (Count 1 of Superseding Indictment) (cc: all counsel) (dcap) [Entry Date 03/13/1995] |
| 03/13/1995 | 75 | NOTICE OF HEARING ; arraignment on superseding indictment set for 1:30 3/20/95 for Aquiles Nunez (dcap) [Entry Date 03/13/1995] |
| 03/13/1995 | 74 | MEMORANDUM (Supplemental) by Aquiles Nunez in support of [73-1] motion to continue jury drawing and trial (FAX copy filed with permission of Court) (wjf) [Entry Date 03/13/1995] |
| 03/13/1995 | 73 | MOTION to continue jury drawing and trial by Aquiles Nunez (wjf) [Entry Date 03/13/1995] |
| 03/14/1995 | 82 | PROCEDURAL ORDER - Sentencing Procedures Under the Sentencing Guidelines - by Judge Franklin S. Billings Jr. (cc: all counsel) (cab) [Entry Date 03/14/1995] |
| 03/14/1995 | | MINUTES: before Judge Franklin S. Billings Jr. J. Conroy, AUSA, for the Govt. S. Lutes, Esq., with the Deft for PLEA ON THE INFORMATION. Currie, Reporter. Jose Garcia sworn as Interpreter. Waiver of Indictment filed. Manuel Gonzalez, sworn by the Clerk, was examined by the Court. Statements made by Mr. Conroy and Mr. Lutes. ORDERED: Deft found competent to enter plea. Deft was read the Information, arraigned and pled GUILTY as to ct 1 of the Information. Statements made by Mr. Conroy (facts of the case). ORDERED: Plea is accepted. USPO to prepare PSI. Deft remanded to custody of USM. (cab) [Entry Date 03/14/1995] |
| | | |

| | | |
|---|---|---|
| 03/14/1995 | 77 | AMENDED MOTION to Continue by Aquiles Nunez (amn) [Entry Date 03/14/1995] |
| 03/16/1995 | 84 | SUPERSEDING INDICTMENT by USA; counts filed against Aquiles Nunez (1) count(s) 1sss, 2sss-5sss, 6sss-7sss (amn) [Entry Date 03/17/1995] |
| 03/16/1995 | 83 | CERTIFICATE of filing in Providence, RI by USA of lis pendens (amn) [Entry Date 03/17/1995] |
| 03/20/1995 | | Deft Gonzales needs the interpreter. (cab) [Entry Date 03/20/1995] |
| 03/21/1995 | | Deft Nunez - Trial calendar 4/11/95 (count 1 only). #1 case. (cab) [Entry Date 03/21/1995] |
| 03/22/1995 | | MINUTES: before Judge Franklin S. Billings Jr. J-C. Charbonneau, AUSA, for the Govt. T. Pressly, Esq., with the Deft for ARRAIGNMENT ON 4TH SUPERSEDING INDICTMENT. Currie, Reporter. Aquiles Nunez, sworn by the Clerk, was examined by the Court. Deft wavied reading of the 4th Superseding Indictment, arraigned and pled not guilty as to cts 1,2,3,4,5,6 and 7 of the 4th Superseding Indictment. ORDERED: Bail/conditions continued. Trial on all counts will be 4/11/95. (cab) [Entry Date 03/22/1995] |
| 03/22/1995 | | MINUTES: before Judge Franklin S. Billings Jr. dft Aquiles Nunez arraigned; not guilty cts 1-7 plea entered; Attorney Thomas James Pressly II present; (cab) [Entry Date 03/22/1995] |
| 03/27/1995 | 85 | ORDER by Judge Franklin S. Billings Jr. granting [70-1] motion for speedy trial exclusion through 3/29/95 on Counts II through V of Superseding Indictment and mooting continuance of trial of count 1 of the superseding indictment (cc: all counsel) (wjf) [Entry Date 03/27/1995] |
| 03/31/1995 | 86 | REQUEST FOR JURY INSTRUCTIONS by USA (law) [Entry Date 04/03/1995] |
| 04/05/1995 | 87 | TRIAL MEMORANDUM by USA (cab) [Entry Date 04/06/1995] |
| 04/06/1995 | 88 | MOTION to Amend date of overt act in indictment by USA (cab) [Entry Date 04/07/1995] |
| 04/10/1995 | 90 | PROPOSED VOIR DIRE by USA (amn) [Entry Date 04/10/1995] |
| 04/10/1995 | 89 | SUBPOENA IN CRIMINAL CASE Returned Served by USA (cab) [Entry Date 04/10/1995] |

| | | |
|---|---|---|
| 04/11/1995 | | MINUTES: before Judge Franklin S. Billings Jr. jury impaneled (cab) [Entry Date 04/11/1995] |
| 04/11/1995 | | MINUTES: before Judge Franklin S. Billings Jr. In Chambers, J. Conroy and J. Gelber, AUSAs, for the Govt. D. Cooper and J.F.Carbine, Esqs., for the Deft. HEARING ON GOVT'S MOTION TO AMEND. Statements made by Mr. Conroy and Mr. Cooper. ORDERED: Motion granted. Statements made by Mr. Conroy, Mr. Cooper, Mr. Gelber and Mr. Carbine. In Court, deft and counsel present. Jury was impanelled. Oath to Petit Jurors in Criminal cases administered by the Clerk. Opening statements made by Mr. Conroy. Mr. Cooper reserved opening statements. The following witnesses, sworn by the Clerk, were examined for the Govt: Thomas Doud and Gerald Mohan. Jury excused until 4/12/95 at 9:30 a.m. (cab) [Entry Date 04/11/1995] |
| 04/11/1995 | | MINUTES: before Judge Franklin S. Billings Jr. granting [88-1] motion to Amend date of overt act in indictment (cab) [Entry Date 04/11/1995] |
| 04/11/1995 | 92 | ORDER by Judge Franklin S. Billings Jr. granting [91-1] motion to compel testimony (cc: all counsel) (amn) [Entry Date 04/11/1995] |
| 04/12/1995 | | MINUTES: before Judge Franklin S. Billings Jr. In Chambers, counsel present. Statements made by Mr. Conroy and Mr. Cooper. In Court, jury, deft and counsel present. The following witnesses, sworn by the Clerk, were examinee for the Govt: Gerald Mohan, Charles Cole, Frank Durkee, Richard James and Betty Bleivik. Jury excused until 4/23/95 at 9:30 a.m. (cab) [Entry Date 04/12/1995] |
| 04/12/1995 | 96 | PROPOSED JURY INSTRUCTIONS on Forfeiture by USA (cab) [Entry Date 04/12/1995] |
| 04/12/1995 | 95 | STIPULATION re: cts 6 and 7 of Indictment will be tried with cts 1 through 5; deft waives 30 day requirement on cts 6 and 7; USA agrees to dismiss the civil forfeiture case now pending against deft Nunez by Aquiles Nunez, USA (cab) [Entry Date 04/12/1995] |
| 04/12/1995 | 94 | JURY INSTRUCTIONS by Aquiles Nunez (wjf) [Entry Date 04/12/1995] |
| 04/12/1995 | 93 | MOTION in limine re: Co-Conspirator Hearsay by Aquiles Nunez (wjf) [Entry Date 04/12/1995] |
| 04/13/1995 | | MINUTES: before Judge Franklin S. Billings Jr. In Court, jury, deft and counsel present. Robert Chatham, sworn by the Clerk, was examined for the Govt. At the bench, Motion for mistrial by Mr. Cooper, statements made by Mr. Conroy. ORDERED: Motion denied. The following witnesses, sworn by the Clerk, were examined for the Govt: Mary |

| | | |
|---|---|---|
| | | Mitchell, Stacy Brace, William Manzano, Ruth Whitney, Robert Chatham, Douglas Heath, Roger Marcoux and Richard Carter. Jury excused until 4/19/95 at 9:30 a.m. (cab) [Entry Date 04/13/1995] |
| 04/18/1995 | 97 | MOTION to preclude defense opening in the event of no defense case by USA as to Aquiles Nunez (amn) [Entry Date 04/18/1995] |
| 04/19/1995 | | MINUTES: before Judge Franklin S. Billings Jr. In Court, jury, deft and counsel present. Richard Carter, previously sworn, resumed the stand and was examined for the Govt. Govt rests. Jury excused. In Chambers, counsel present. Motion for judgment of acquittal by Mr. Cooper. Statements made by Mr. Conroy. ORDERED: Motion denied. In Court, jury, deft and counsel present. Opening statements made by Mr. Cooper. Aquiles Nunez, sworn by the Clerk, was examined for the deft. Deft rests. ORDERED: Evidence is closed. Jury excused until 4/20/95 at 9:30 a.m. In Chambers, counsel present. Motion for judgment of acquittal by Mr. Cooper. Statements made by Mr. Conroy. ORDERED: Motion denied. CHARGE CONFERENCE HELD. (cab) [Entry Date 04/19/1995] |
| 04/20/1995 | | In Court, jury, deft and counsel present. Jury excused until 4/21/95 at 9:30 a.m. (cab) [Entry Date 04/20/1995] |
| 04/20/1995 | 98 | VERDICT of GUILTY as to cts 1,2,3,4 and 5 as to Aquiles Nunez (cab) Modified on 04/21/1995 |
| 04/20/1995 | | In Court, jury, deft and counsel present. Verdict of guilty as to cts 1,2,3,4 and 5 of the Indictment. Jury was polled. Court commenced forfeiture to the Jury (cts 6 and 7). Statements made by Mr. Gelber. Govt rest. Deft rests. ORDERED: Evidence is closed. Closing arguments made by Mr. Gelber and Mr. Cooper. Court commenced Charge to the jury. Court concluded Charge to the jury. Jury excused to begin deliberations. Motion for detention of deft by Mr. Conroy. Statements made by Mr. Cooper. ORDERED: Motion granted. Deft remanded to custody of USM. (cab) [Entry Date 04/20/1995] |
| 04/20/1995 | | In Chambers, counsel present. Statements made by Mr. Gelber and Mr. Cooper. (cab) [Entry Date 04/20/1995] |
| 04/20/1995 | | In Chambers, counsel present. Statements made by the Court. In Court, jury, deft and counsel present. Court read portion of charge to the jury. Jury excused to resume deliberations. (cab) [Entry Date 04/20/1995] |
| 04/20/1995 | | In Chambers, counsel present. Statements made by Mr. Cooper and Mr. Conroy. (cab) [Entry Date 04/20/1995] |
| 04/20/1995 | | MINUTES: before Judge Franklin S. Billings Jr. In Court, jury, deft and |

| | | |
|---|---|---|
| | | counsel present. Closing arguments made by Mr. Conroy and Mr. Cooper. Court commenced Charge to the Jury. Court concluded Charge to the jury. John Hanson appointed foreperson. ORDERED: USM to provide meals as needed. The following sworn as Officers attending a jury in civil cases: Paul Whelton, Andrew Moschetto, Richard Cannella and Al Juliano. Jury excused to begin deliberations. (cab) [Entry Date 04/20/1995] |
| 04/21/1995 | | MINUTES: Exhibits returned to the jury. Jury continued deliberations. In Chambers, counsel present. Statements made by the Court. In Court, jury, deft and counsel present. Court made inquiry of jury about testimony to be read back. Jury excused. In Court, deft and counsel present. Statements made by Mr. Cooper, Mr. Gelber and Mr. Nunez (re: cts 6 and 7 agreement). In Court, jury, deft and counsel present. Statements made by the Court. Jury excused. Exhibits returned to counsel. (cab) [Entry Date 04/21/1995] |
| 05/08/1995 | 99 | MOTION to Extend Time to file motions for judgment of acquittal and for a new trial by Aquiles Nunez (cab) [Entry Date 05/08/1995] |
| 05/09/1995 | 100 | MEMORANDUM by USA in opposition to [99-1] motion to Extend Time to file motions for judgment of acquittal and for a new trial (wjf) [Entry Date 05/09/1995] |
| 05/10/1995 | 101 | ORDER by Judge Franklin S. Billings Jr. denying motion to Extend Time to file motions for judgment of acquittal and for a new trial [99-1] (cc: all counsel) (cab) [Entry Date 05/10/1995] |
| 05/12/1995 | 105 | MEMORANDUM by Aquiles Nunez in support of [104-1] motion for new trial (wjf) [Entry Date 05/12/1995] |
| 05/12/1995 | 104 | MOTION for new trial by Aquiles Nunez (wjf) [Entry Date 05/12/1995] |
| 05/12/1995 | 103 | MEMORANDUM by Aquiles Nunez in support of [102-1] motion for judgment of acquittal (wjf) [Entry Date 05/12/1995] |
| 05/12/1995 | 102 | MOTION for judgment of acquittal by Aquiles Nunez (wjf) [Entry Date 05/12/1995] |
| 05/19/1995 | 106 | ORDER by Judge Franklin S. Billings Jr. finding the motion for new trial [104-1] moot, finding the motion for judgment of acquittal [102-1] moot (cc: all counsel) (amn) [Entry Date 05/19/1995] |
| 07/06/1995 | 110 | NOTICE OF HEARING ; sentencing hearing set for 2:00 7/31/95 for Manuel Gonzalez (amn) [Entry Date 07/06/1995] |
| 07/06/1995 | 109 | ORDER by Judge Franklin S. Billings Jr. ; sentencing hearing set for 2:00 |

| | | |
|---|---|---|
| | | 7/31/95 for Manuel Gonzalez (cc: all counsel) (amn) [Entry Date 07/06/1995] |
| 07/06/1995 | 108 | NOTICE OF HEARING ; sentencing hearing set for 2:30 7/24/95 for Aquiles Nunez (amn) [Entry Date 07/06/1995] |
| 07/06/1995 | 107 | ORDER by Judge Franklin S. Billings Jr. ; sentencing hearing set for 2:30 7/24/95 for Aquiles Nunez (cc: all counsel) (amn) [Entry Date 07/06/1995] |
| 07/24/1995 | 116 | CJA FORM 23 (Financial Affidavit) as to Aquiles Nunez (wjf) [Entry Date 07/25/1995] |
| 07/24/1995 | 115 | MOTION to appeal in forma pauperis by Aquiles Nunez (wjf) [Entry Date 07/25/1995] |
| 07/24/1995 | 114 | NOTICE OF APPEAL by Aquiles Nunez [113-1] judgment Fee Status ifp (wjf) [Entry Date 07/25/1995] |
| 07/24/1995 | 113 | JUDGMENT AND COMMITMENT as to Aquiles Nunez by Judge Franklin S. Billings Jr. (cc: all counsel) (wjf) [Entry Date 07/25/1995] |
| 07/24/1995 | | MINUTES: before Judge Franklin S. Billings Jr., J. Conroy, AUSA for Govt, D. Cooper, Esq. for Deft. W. Currie, Court Reporter sentencing hearing held on 7/24/95 , sentencing Aquiles Nunez (1) count(s) 1sss, 2sss -5sss . 121 months imprisonment on count to run concurrently, 5 years Supervised Release. Fine waived. Special Assessment of $250.00 , dismissing counts as to Aquiles Nunez (1) count(s) 1ss, 1s , 1 , 2ss , 2s , 3ss -5ss , 3s -5s , 6sss -7sss . Dismissed on Motion of Govt (wjf) [Entry Date 07/25/1995] |
| 07/24/1995 | 112 | MOTION for issuance of preliminary order of forfeit by USA as to Aquiles Nunez (wjf) [Entry Date 07/24/1995] |
| 07/24/1995 | 111 | NOTICE as to review of presentence report by Aquiles Nunez (wjf) [Entry Date 07/24/1995] |
| 07/25/1995 | 119 | PRELIMINARY ORDER OF FORFEITURE by Judge Franklin S. Billings Jr. granting [112-1] motion for issuance of preliminary order of forfeit (cc: counsel) (wjf) [Entry Date 07/25/1995] |
| 07/25/1995 | 118 | PRESENTENCE REPORT on Aquiles Nunez (SEALED) (wjf) [Entry Date 07/25/1995] |
| 07/25/1995 | 117 | STATEMENT OF REASONS FOR IMPOSING SENTENCE by Judge Franklin S. Billings Jr. as to Aquiles Nunez (wjf) [Entry Date 07/25/1995] |

| | | |
|---|---|---|
| 07/27/1995 | | MAILED copy of NOA as to Aquiles Nunez to Judge Franklin S. Billings Jr., appellate clerk, Richard Lawlor Cooper for defendant Aquiles Nunez, J Fred Carbine Jr for defendant Aquiles Nunez, David A. Cooper for defendant Aquiles Nunez, John M. Conroy for plaintiff USA , Court Reporter(s); William Currie (law) [Entry Date 07/27/1995] |
| 07/27/1995 | 120 | FORM A as to Aquiles Nunez re: [114-1] appeal by Aquiles Nunez (law) Modified on 07/27/1995 |
| 08/02/1995 | 127 | JUDGMENT and Commitment returned executed on 7/28/95 as to Aquiles Nunez (law) [Entry Date 08/03/1995] |
| 09/05/1995 | 129 | NOTICE of interest in land at 1406 & 1408 Broad Street, Providence, R.I. by Augustus F. Marsella, D.O.; Cy to US Atty (pjd) [Entry Date 09/05/1995] |
| 10/12/1995 | 136 | RETURN OF SERVICE of Notice of Forfeiture served 09/14/95 for publishing in Providence Journal Bulletin (kac) [Entry Date 10/12/1995] |
| 10/12/1995 | 135 | RETURN OF SERVICE on Notice of Forfeiture for Tax Assessor served 09/15/95 (kac) [Entry Date 10/12/1995] |
| 10/12/1995 | 134 | RETURN OF SERVICE on Notice ofForfeiture on Occupant served 09/15/95 (kac) [Entry Date 10/12/1995] |
| 10/12/1995 | 133 | RETURN OF SERVICE on Notice of Forfeiture for Occupant served 09/15/95 (kac) [Entry Date 10/12/1995] |
| 10/12/1995 | 132 | RETURN OF SERVICE on notice of forfeiture for Occupant served 09/15/95 (kac) [Entry Date 10/12/1995] |
| 10/12/1995 | 131 | RETURN OF SERVICE on Parcel of Land for Notice of Forfeiture served 09/15/95 (kac) [Entry Date 10/12/1995] |
| 10/12/1995 | 130 | RETURN OF SERVICE on Clerk of City Hall, Providence, RI; Notice of Forfeiture served 09/15/95 (kac) [Entry Date 10/12/1995] |
| 11/09/1995 | 137 | MANDATE entered/issued 11/2/95; Dismissed for failure to comply with Scheduling Order; Return of USCA record due by 12/11/95 (law) [Entry Date 11/09/1995] |
| 11/27/1995 | 140 | PETITION for adjudication of third party interest in the property by Noris Duran (pjd) [Entry Date 11/27/1995] |
| 11/27/1995 | 139 | PETITION for adjudication of third party interest in the property by Delba Nunez (pjd) [Entry Date 11/27/1995] |

| | | |
|---|---|---|
| 11/27/1995 | 138 | PETITION for adjudication of third party interest in the property by Iris Arias (pjd) [Entry Date 11/27/1995] |
| 12/13/1995 | 143 | MEMORANDUM by USA in support of [141-1] motion to strike claims to forfeited property, [141-2] motion to disqualify petitioner's counsel (pjd) [Entry Date 12/14/1995] |
| 12/13/1995 | 142 | AFFIDAVIT of Kim M. Kent by USA in support of [141-1] motion to strike claims to forfeited property, [141-2] motion to disqualify petitioner's counsel (pjd) [Entry Date 12/14/1995] |
| 12/13/1995 | 141 | MOTION to strike claims by Iris Arias, Delba Nunez and Noris Duran to forfeited property , and to disqualify petitioner's counsel by USA as to Aquiles Nunez (pjd) Modified on 12/15/1995 |
| 12/22/1995 | | ENDORSED ORDER: denying as moot motion to disqualify petitioner's counsel [141-2] ( Chief Judge J. G. Murtha ) (wjf) [Entry Date 12/22/1995] |
| 12/22/1995 | | ENDORSED ORDER by Chief Judge J. G. Murtha granting [141-1] motion to strike claims by Iris Arias, Delba Nunez and Noris Duran to forfeited property (cc: all counsel) (wjf) [Entry Date 12/22/1995] |
| 12/29/1995 | 148 | MEMORANDUM by Aquiles Nunez in support of [147-1] memorandum (amn) [Entry Date 12/29/1995] |
| 12/29/1995 | 147 | MEMORANDUM by Aquiles Nunez in opposition to [141-1] motion to strike claims by Iris Arias, Delba Nunez and Noris Duran to forfeited property, [141-2] motion to disqualify petitioner's counsel (amn) [Entry Date 12/29/1995] |
| 12/29/1995 | 146 | MEMORANDUM by Aquiles Nunez in support of [145-1] motion for reconsideration with regard to the Govt's motion strike the claims to forfeitetd property and to disqualify petitioners' counsel (amn) [Entry Date 12/29/1995] |
| 12/29/1995 | 145 | MOTION for reconsideration with regard to the Govt's motion strike the claims to forfeitetd property and to disqualify petitioners' counsel by Aquiles Nunez (amn) [Entry Date 12/29/1995] |
| 12/29/1995 | 144 | MOTION to extend time to further respond to Govt's motion to strike claims by Aquiles Nunez (amn) [Entry Date 12/29/1995] |
| 01/12/1996 | | File sent to Rutland as to defendant Aquiles Nunez (law) [Entry Date 01/12/1996] |
| 01/12/1996 | 149 | PETITION by movant Home Loan & Invmt Bk Pursuant To An Order of |

| | | |
|---|---|---|
| | | Forfeiture (law) [Entry Date 01/12/1996] |
| 01/16/1996 | | File sent to Brattleboro (kac) [Entry Date 01/16/1996] |
| 01/22/1996 | 156 | TRANSCRIPT of Sentencing, held 07/24/95 as to Aquiles Nunez. (cwb) [Entry Date 01/23/1996] |
| 01/22/1996 | 155 | TRANSCRIPT of Trial by Jury, Vol. 6, held 04/21/95 as to Aquiles Nunez. (cwb) [Entry Date 01/23/1996] |
| 01/22/1996 | 154 | TRANSCRIPT of Trial by Jury, Vol. 5, held 04/20/95 as to Aquiles Nunez. (cwb) [Entry Date 01/23/1996] |
| 01/22/1996 | 153 | TRANSCRIPT of Trial by Jury, Vol. 4, held 04/19/95 as to Aquiles Nunez. (cwb) [Entry Date 01/23/1996] |
| 01/22/1996 | 151 | TRANSCRIPT of Trial by Jury, Vol. 2, held 04/12/95 as to Aquiles Nunez. (cwb) [Entry Date 01/23/1996] |
| 01/22/1996 | 150 | TRANSCRIPT of Trial by Jury, Vol. 1, held 04/11/95 as to Aquiles Nunez. (cwb) [Entry Date 01/23/1996] |
| 01/22/1996 | 152 | TRANSCRIPT of Trial by Jury, Vol. 3, held 04/13/95 as to Aquiles Nunez. (cwb) [Entry Date 01/23/1996] |
| 02/20/1996 | | ENDORSED ORDER: granting [144-1] motion to extend time to further respond to Govt's motion to strike claims . Memo to be filed by 3/1/96 ( Chief Judge J. G. Murtha ) (wjf) [Entry Date 02/20/1996] |
| 02/20/1996 | | ENDORSED ORDER: granting [145-1] motion for reconsideration with regard to the Govt's motion strike the claims to forfeited property and to disqualify petitioners' counsel ( Chief Judge J. G. Murtha ) (wjf) [Entry Date 02/20/1996] |
| 02/26/1996 | 160 | MEMORANDUM by Aquiles Nunez in support of objection to [141-1] motion to strike claims by Iris Arias, Delba Nunez and Noris Duran to forfeited property (pjd) [Entry Date 02/26/1996] |
| 02/26/1996 | 159 | AMENDED PETITION requesting adjudication of third party interest in the property by Aris Arias (pjd) [Entry Date 02/26/1996] |
| 02/26/1996 | 158 | AMENDED PETITION requesting adjudication of third party interest in the property by Noris Duran (pjd) [Entry Date 02/26/1996] |
| 02/26/1996 | 157 | AMENDED PETITION requesting adjudication of third party interest in the property by Delba Nunez (pjd) [Entry Date 02/26/1996] |

| | | |
|---|---|---|
| 03/08/1996 | 161 | NOTICE OF HEARING ; motion hearing set for 1:00 3/15/96 for Home Loan & Invmt Bk, for Aquiles Nunez, for USA [159-1] petition, ; motion hearing set for 1:00 3/15/96 for Home Loan & Invmt Bk, for Aquiles Nunez, for USA [158-1] petition, ; motion hearing set for 1:00 3/15/96 for Home Loan & Invmt Bk, for Aquiles Nunez, for USA [157-1] petition, ; motion hearing set for 1:00 3/15/96 for Home Loan & Invmt Bk, for Aquiles Nunez, for USA [149-1] petition, ; motion hearing set for 1:00 3/15/96 for Home Loan & Invmt Bk, for Aquiles Nunez, for USA [141-1] motion to strike claims by Iris Arias, Delba Nunez and Noris Duran to forfeited property, ; motion hearing set for 1:00 3/15/96 for Home Loan & Invmt Bk, for Aquiles Nunez, for USA [141-2] motion to disqualify petitioner's counsel (amn) [Entry Date 03/08/1996] |
| 03/13/1996 | 162 | REPLY by USA in further support of [141-1] motion to strike claims by Iris Arias, Delba Nunez and Noris Duran to forfeited property, [141-2] motion to disqualify petitioner's counsel (pjd) [Entry Date 03/14/1996] |
| 03/14/1996 | 164 | AFFIDAVIT of Jan S. Kublick, Esq. by movant Home Loan & Invmt Bk re: [149-1] petition (pjd) [Entry Date 03/14/1996] |
| 03/14/1996 | 163 | AFFIDAVIT of Peter LaChapelle by movant Home Loan & Invmt Bk re: [149-1] petition (pjd) [Entry Date 03/14/1996] |
| 03/15/1996 | | MINUTES: hearing before Judge J. Garvan Murtha; re: [141-1] motion to strike claims by Iris Arias, Delba Nunez and Duran to forfeited property, [141-2] motion to disqualify petitioner's counsel [159-1] petition, [158-1] petition, [157-1] petition, [149-1] petition (law) Modified on 04/08/1996 |
| 03/15/1996 | | NOTE: exhibit sheet placed on left hand side of case file. (cab) [Entry Date 03/16/1996] |
| 03/15/1996 | | MINUTE ENTRY: In Court in Brattleboro before Judge Murtha. J. Gelber, AUSA, for the Govt. D. Cooper for Petitioners. Currie, Reporter. Omar Gomez sworn as Interpreter. Statements made by Mr. Gelber and Mr. Cooper. Delba Nunez, sworn by the Clerk, was examined for Petitioners. Hearing suspended until later date. (cab) [Entry Date 03/16/1996] |
| 04/03/1996 | 165 | NOTICE OF HEARING setting hearing on [159-1] petition for 10:00 4/9/96, setting hearing on [158-1] petition for 10:00 4/9/96, setting hearing on [157-1] petition for 10:00 4/9/96, setting hearing on [149-1] petition by Home Loan & Invmt Bk for 10:00 4/9/96, setting hearing on [141-2] motion to disqualify petitioner's counsel by USA for 10:00 4/9/96 (wjf) [Entry Date 04/03/1996] |
| 04/09/1996 | | MINUTES: In Court before Chief Judge J. G. Murtha Rutland. J. Gelber, AUSA, for the Govt. D. Cooper, Esq., with claimants. Currie, Reporter. CONTINUATION OF THE MARCH 15, 1996, HEARING. The |

| | | |
|---|---|---|
| | | following witnesses, sworn by the Clerk, were examined for the Claimants: Delba Nunez and Norris Nunez Duran. Statements made by Mr. Cooper and Mr. Gelber. Claimants rests. Motion to strike claims by Mr. Gelber. ORDERED: Motion denied. Richard Carter, sworn by the Clerk, was examined for the Govt. Statements made by Mr. Gelber and Mr. Cooper. ORDERED: Additional memos to be filed by 4/23/96. Under advisement. (cab) [Entry Date 04/10/1996] |
| 05/23/1996 | | ENDORSED ORDER granting [149-1] petition pursuant to an order of forfeiture (cc: all counsel) ( Chief Judge J. G. Murtha ) (amn) [Entry Date 05/23/1996] |
| 05/28/1996 | | File sent to Rutland as to defendant Aquiles Nunez (amn) [Entry Date 05/28/1996] |
| 05/28/1996 | 166 | ORDER by Judge J. Garvin Murtha denying petition [159-1], denying petition [158-1], denying petition [157-1], granting [141-1] motion to strike claims by Iris Arias, Delba Nunez and Noris Duran to forfeited property (cc: all counsel) (amn) [Entry Date 05/28/1996] |
| 05/28/1996 | | Exhibits returned to USA and Attorney D. Cooper. (amn) [Entry Date 05/28/1996] |
| 06/07/1996 | 167 | RETURN OF SERVICE executed as to defendant Aquiles Nunez, et al (release) on 6/3/96 (cab) [Entry Date 06/10/1996] |
| 06/11/1996 | | File sent to Burlington as to defendant Aquiles Nunez (amn) [Entry Date 06/11/1996] |
| 07/12/1996 | 168 | MOTION for final order of forfeiture and judgment by USA as to Aquiles Nunez (pjd) [Entry Date 07/12/1996] |
| 09/09/1996 | 170 | FINAL ORDER OF FORFEITURE AND JUDGMENT by Chief Judge J. G. Murtha granting [168-1] motion for final order of forfeiture and judgment (cc: all counsel) (law) [Entry Date 09/09/1996] |
| 09/09/1996 | 169 | STIPULATION AND ORDER by Chief Judge J. G. Murtha re: claimant Home Loan & Investment Bank, F.S.B. (law) [Entry Date 09/09/1996] |
| 08/06/1997 | | CERTIFIED AND TRANSMITTED INDEX TO USCA re: [114-1] appeal Parties notified (pjd) [Entry Date 08/06/1997] |
| 01/12/1998 | 171 | MANDATE entered 12/17/97 issued 01/07/98; judgment of district court is affirmed in accordance with the summary order of this court. (cwb) [Entry Date 01/12/1998] |
| 01/14/1999 | 173 | MOTION for an extension of time to file a motion under 28 U.S.C. |

Case 1:07-cr-00059-S-LDA Document 2-4 Filed 04/24/2007 Page 21 of 21

| | | |
|---|---|---|
| | | Section 2255 by Aquiles Nunez (pjd) Modified on 01/15/1999 |
| 04/29/1999 | 174 | REPORT AND RECOMMENDATION re: [173-1] recommending that [172-1] motion for extension of time to file a motion under 28 U.S.C. Section 2255 be denied by Magistrate Judge Jerome J. Niedermeier (cc: all counsel) (pjd) [Entry Date 04/29/1999] |
| 04/30/1999 | | File Folder #3 sent to Brattleboro as to dft Aquiles Nunez (law) Modified on 04/30/1999 |
| 05/03/1999 | | File sent to Brattleboro as to defendant Aquiles Nunez folders 1 & 2 (pjd) [Entry Date 05/03/1999] |
| 05/19/1999 | 175 | ORDER by Chief Judge J. G. Murtha affirming, absent timely objection, [174-1] Magistrate Judge's Report and Recommendation; denying [173-1] motion for an extension of time to file a motion under 28 USC Section 2255 [173-1]. (cc: all counsel) (pls) Modified on 05/19/1999 |
| 05/19/1999 | | File sent to Burlington as to defendant Aquiles Nunez (pls) [Entry Date 05/19/1999] |
| 04/16/2007 | 176 | PROBATION FORM 22 - Probation Jurisdiction Transferred to District of Rhode Island as to Aquiles Nunez. Transmitted Transfer of Jurisdiction form, with certified copies of superseding indictment, judgment and docket sheet. (Attachments: # 1 Letter to USDC-RI)(law) [Entry Date 04/18/2007] |